JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Anthony Irizarry<br><br>Plaintiff,<br><br>v.<br><br>Tommy Bahama Group, Inc., *et al.*,<br><br>Defendants. | Case No. EDCV 18-0434 JGB (SHKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Summary Judgment by Defendants Tommy Bahama Group, Inc., *et al*., is GRANTED.

Judgment is hereby entered in favor of Tommy Bahama Group, Inc., Tommy Bahama R and R Holdings, Inc., Tommy Bahama Group, Inc. DBA Tommy Bahama Restaurant and Bar, Oxford Industries, Inc., and Georgia Oxford Industries, Inc. and against against Anthony Irizarry.

Dated: January 31, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge